USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ANGELICA FIORENTINO and KIANNA BROWNE, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

ASM USA INC. D/B/A APPROCHE SUR MESURE,

Defendant.

Case No: 18 Civ. 2363 (VEC)

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), file this Notice of Voluntary Dismissal without Prejudice and state as follows:

1. Federal Rule of Civil Procedure 41(a) allows a plaintiff to voluntarily dismiss an action without leave of Court prior to the filing of an answer or a motion for summary judgment.

2. Here, Defendant has not filed an answer to the Complaint and has not made any motion for summary judgment.

WHEREFORE, Plaintiffs respectfully ask the Court to dismiss the above action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
May 15, 2018

Respectfully submitted,

*Brian Schaffer*
Brian S. Schaffer
**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, NY 10005

_____
Hon. Valerie E. Caproni, U.S.D.J.